

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      Erna Aletta  Cox v. Kevin Stuart Cox

Appellate case number:   01-21-00521-CV

Trial court case number:  2020-28443

Trial court:               247th District Court of Harris County

On November 29, 2021, Appellant Erna Aletta Cox filed two motions for subpoenas "in order to establish truth of fact."  This Court lacks jurisdiction to issue subpoenas.  *See* TEX. GOV'T CODE § 22.220(a) ("Each court of appeals has appellate jurisdiction of all civil cases within its district . . . "); *see also* TEX. R. CIV. P. 205 (discussing discovery from non-parties, including subpoena requirements, in the trial court).  We **deny** Appellant's motions.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                             Acting individually

Date:  December 14, 2021